In the Matter of the Petition of LAVINIA LALLY, to Prove the Last Will and Testament of CATHARINE MATILDA LALLY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

WILLIAM N. LEWIS, Respondent, v. AUSTIN, NICHOLS & COMPANY, INC., Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Kelby. Young and Kapper, JJ.

WILLIAM MOSKOWITZ, Respondent, v. ANNA COHN, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

IRVY MYERS, Respondent, v. NESTLE'S FOOD COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

OVERSEAS STORAGE COMPANY, INC., Respondent, v. ANTHONY J. CHLOPSEK, Individually and as President, etc., and Others, Appellants.— Motion to suspend operation of temporary injunction pending appeal from order granted, except in so far as the order appealed from prohibits the defendants from unlawfully conspiring together to effect the primary purpose of wrongfully injuring the plaintiff's property rights. The ultimate fact to be determined on the trial of this case is whether the defendants are engaged in a boycott or conspiracy to accomplish an unlawful end, or a lawful end by unlawful means, causing irreparable damage. If the primary purpose of the boycott is to do irreparable injury to plaintiff unless it conducts its business as defendants demand, and defendants are singling out the plaintiff for punishment from all other warehousemen for such unlawful primary purpose, then the plaintiff should prevail. On the other hand, if the primary purpose is to better the conditions of the boycotters as laborers, and not to do irreparable injury, the boycott is not unlawful. This case should be tried on the merits at the June term, as indicated by the learned justice who granted the injunction at Special Term. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ADOLPH PETERSON, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ROBERT SMITH, Respondent, v. HUNTINGTON LUMBER AND COAL COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

IRVING R. TODD and Others, Respondents, v. NORTH AVENUE HOLDING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Kelby and Kapper, JJ.

GEORGE WOLD, Respondent, v. ELDER, DEMPSTER & COMPANY, LTD., Appellant, Impleaded with TURNER & BLANCHARD, INC., Defendant.— Motion to dismiss appeal as to Turner & Blanchard, Inc., granted. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.